RECEIVED
Mail Room

MAR 1 2 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Oral George Thompson

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

The Western Union Co.

-AND-

Miss Susan Carter

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

## CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES ___X___   NO _____

Case: 1:20-cv-00727   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 3/12/2020
Description: Pro Se. Gen. Civ. (F-DECK)

---

I.   Parties:  (In item A below, place your name in the first blank and provide your present address and telephone number.  Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff _____ Oral George Thompson _____

If you are incarcerated, provide the name of the facility and address:

Federal Correctional Institution Oakdale II

P.O. Box 5010

Oakdale, LA - 71463

Prisoner ID Number:          33348-016

*1*

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. List all defendants.  You must provide the full names of each defendant and the addresses at which each defendant may be served.  The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

THE WESTERN UNION COMPANY
_____
Full Name

Money Transfer Company
_____
Job Title

THE WESTERN UNION CO.

12500 Belford AVE., Centennial, CO. - 80112
_____
Address               U.S.A.


Defendant No. 2

Miss Susan Carter
_____
Full Name

Account Records Holder
_____
Job Title

12500 Belford AVE.

Centenial, CO. - 80112
_____
Address               U.S.A.


Defendant No. 3

_____
Full Name

_____
Job Title

_____

Address

Defendant No. 4

_____

Full Name

_____

Job Title

_____

_____

Address

Defendant No. 5

_____

Full Name

_____

Job Title

_____

_____

Address

II.     Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? <u>The United States District</u>

<u>Court for the District of Washington</u> _____

_____

When did the events happen? (include approximate time and date) <u>At     :     :     :</u>

<u>On March     , 2017</u>

_____

Facts: (what happened?)    On an unknown date the Western Union Co., did knowingly, willinfly and unconsciably. To several court suboena's. Submitted false and fraudelent, wire transfer documents to prosecutors in a criminal procceding against me (Plaintiff) in the District Court of Washington, the Western Union employee, Miss Susan Carter, a records accountant did knowingly, willingly and unconscionably while acting under color of law. On March    , 2017 at    :    :    :    , did authenticate and rendered false testimony to the fraudelent wire transfer document, in a criminal prosecution against me in the criminal proceeding's against me. In the District Court for the District of Washington. Depriving me of a fair trial. The comports of due process, my liberty, guaranteed by the Constitution of the United States of America, under color of law.

II.A.   Injuries.      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

III.    Relief: State what relief you are seeking if you prevail on your complaint.

Plaintiff seeks monetary compensation, for punitive,
collateral and defamative damages in the sum of $24,000,000.00
million U.S. Dollars. For unconscionable actions of the
defendants.

I declare under penalty of perjury that on ___06 -03 -2020___, I delivered this
(date)
complaint to prison authorities at _OAKDAle F.C.I. 2_ to be mailed to the United
(name of prison)
States District Court for the DISTRICT OF COLUMBIA

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _06 -03-2020_

Signature of Plaintiff

_OAKDALE CORRECTIONAL INSTITUTION, II_
Name of Prison Facility or Address if not incarcerated

_P.O. BOX 5010_

_OAKDAle, LA. 71463_

Address

_33348-016_
Prisoner ID#

## CERTIFICATE OF SERVICE

I Oral George Thompson (Plaintiff), so declare under penalty of perjury, and under the laws of the United States of America, that the foregoing is true and correct to the best of my ability.

The following was Executed on 03 / 06 /2020

By: _____

Oral George Thompson
(Plaintiff)
Reg. No. 33348-016
FCI Oakdale II
P.O. Box 5010
Oakdale, LA - 71463

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



ORAL GEORGE THOMPSON
-Plaintiff-

v.

SUSAN CARTER AND THE WESTERN UNION CO.

## INTRODUCTION.

Comes Now Oral George Thompson (Plaintiff), files the following law suit (Pro SE) against Miss Susan Carter and the Western Union Company for monetary damages, persuant to 42 U.S.C.S. 1983, 1985.

## AUTHORITY OF THE COURT.

Plaintiff invokes the District Court's subject matter jurisdiction to proceed in Forma Pauperis, persuant to 28 U.S.C.S. 1915(b)(4), and the Dictionary Act 1 U.S.C.S. 1 governing such civil actions Pro SE, Rowland v. California Mens Colony, 121 L.Ed. 2d 656, 505 U.S. 194 (Sup.C. 1993); Norfleet v. Walker, 684 F.3d 688 (7th Cir. 2012). 42 U.S.C.S. 1983, Imposes liability against every person who under color of any state statue, ordinance, regulation, custom, or usage of any state or territory of the District of Columbia, subjects or causes to be subjected, any citizen of the United States, or <u>another person within its jurisdiction thereof</u> to the deprivation of any rights, privilages or immunities secured by the constitution and laws in violation of the Fourteenth Amendment. Daskalea v. District of Columbia, 227 F.3d 433 (D.C. 1999).

## JURISDICTION OF THE COURT.

The District Court have original jurisdiction of this civil

documents (Exhibit-01-Attached). Alleged to be in response to a
federal subpoena, Nos.    ,    ,    , the document contained
transactions sent and recieved by various codefendants, that was
material proof alleged by the prosecution to prove to the jury that
the defendants sent and recieved monetary transactions for the
acquisition of the aircrafts alleged in and, outside the indictment,
the indictment also alleges that the government obtained these
documents legallt, meaning there was testimony submitted to the
grand jury by Miss Susan Carter under penalty of perjury. (Title 18
Crimes and Criminal Procedure Pt.1 Crimes-Chapter 79 perjury, 1621
(1)(2), Chapter 79, 1623). False declarations before grand jury or
court under penalty of perjury as permitted under section 1746 [28
U.S.C.S. 1746].

02. Plaintiff cites that, the due process clause of the U.S.
Constitution Amendment XIV forbits the state from knowingly using
perjured testimony, the government relied upon the testimony of Miss
Carter, to demonstrate a material fact essential to their case. Such
testimony was material, Miss Carter relayed false testimony reffering
to the false Western Union documents of transactions sent and
recieved for as prosecution declared to rent, acquire and fuel the
aircrafts alleged. The prosecution knew that such testimony was false,
(Knox v. Johnson, 224 F.3d 470 (5th Cir. 2000). In Castellano v.
Fragozo, 352 F.3d 939, 958 (11th Cir. 2003), the court held that the
XIV Amendment guarantee of due process is implicated by knowing use
of perjured testimony and manufactured evidence, (Id. at 958;5 see
also Napue v. Illinois, 360 U.S. 264, 3 L.Ed. 2d 1217, (1959) Id.
"at 6"; Good v. Curtis, 601 F.3d 393 (5th Cir. 2005). Id. 7.
(Although the primary safeguard against abuse of this kind is the

-5-

ethical responsability of the prosecutor).

03. Plaintiff submits that, Miss Susan Carter's actions were an act of prejudice and a symbolic move that deprived me of a fair trial. Such a symbolic relationship is also one of the four test also recognized by the Supreme Court as establishing the action taken by Miss Carter a private individual under color of law. (See Burton v. Wilmington Parking Authority, 365 U.S. 715, 723-24, 6 L.Ed. 2d 45, 81 S.Ct. 856 (1961). The symbolic relationship existed when the parties, both Western Union Co., Miss Carter and the government confer mutual benefits to each other, such that their interdependence was mutual to each ones success.

04. Plaintiff submits that, the Western Union Co., transaction documents (Exhibit-01-Attached). Rendered to the prosecution by Miss Carter, demonstrates that: throughout the  year fron January 2012, codefendant Dwight Knowles sent various transactions from New York, N.Y. (USA) (codefendant "Knowles" has never been in the U.S., moreover when he was supposed to be in Colombia, South America coordinating drug deals). To various persons in various locations in the Dominican Republic and other places. The documents also demonstrates that codefendant "Knowles," in Oct., Nov., and part of Dec. 2012, sent various transactions from Panama, to the Bahamas to various persons. Who recieved the money, where they recieved it, and the time they recieved it, the documents also revealed that codefendant "Dario Davis Travis" recieved two transactions ("Davis testified he did not recieve money from anyone."). From an individual by the name of "Duane Ford" in Belize, the  document also revealed that, codefendant "Trevor Ferguson" recieved two transactions in Jamaica on May 24, 2012, (Trevor Ferguson was a passanger on the alleged N157 P.A. aircraft, that

-6-

was seized in Haiti on May 24, 2012.). And apart from other ficticious transactions on the Western Union documents forwarded to the prosecution, was a transaction recieved by codefendant "Knowles" on Dec.   , 2012 from a location in Rodadero Santa Martha, Colombia, (where no Western Union office is located).

04. Plaintiff submits that, the documents used a trial by the prosecution are "Prima Facie" evidence before this court. The Western Union Co., fabricated evidence and the false testimony of Miss Carter, made a mockery of the notion that everyone enjoy the protection of due process of law and fundamental justice, Miss Carter's and Western Union Co, fabrication and fowarding to the prosecutors of known false evidence works an unacceptable corruption of the truth seeking process. (Id. 427 U.S. 97, 49 L.Ed. 2d 342 (1996); Id. 405 U.S. 150, 31, L.Ed. 2d 104 (1972); Id. 294, U.S. 103, 49 L.Ed 791 (1935)). The documents here prove multiple facts to support Plaintiff claims. (Norfleed v. Walker, 684 F.3d 688 (7th Cir. 2012).

05. Plaintiff submits that Western Union Co. and Miss Carter, acting under color of law deprived him of a fair trial and violated his rights under the due process clause of U.S. Constitution Amendment XIV, for Miss Carter's knowing use of false testimony and fabricated evidence, I seek monetary damages for the unconscionable action caused against me by the Western Union Co., and its employee Miss Susan Carter. For corruption of the truth seeking of my fair trial process, that caused me a violation of my XIV Amendment rights. Plaintiff request the Honorable Court an assessment of the actions and grant monetary damages for the harm occasioned by Western Union and Miss Susan Carter. Plaintiff seeks for, humiliation, deprivation of liberty, definition of character, and deprivation of constitutional

-7-

rights, Plaintiff seeks collateral, defamation and punitive damages.
For the unconscionable actions caused by the Western Union Co., and
their employee: Miss Susan Carter in the sum of $24,000.000. million
U.S. dollars in total compensation.


Respectfully submitted this _ob_ day of _MAR._ 2020.


By: _____

          Oral George Thompson
             (Plaintiff)
          Reg. No. 33348-016
          Oakdale FCI II
          P.O. Box 5010
          Oakdale, LA - 71463

CERTIFICATE OF SERVICE

I Oral George Thompson (Plaintiff), so declare under penalty of perjury, and under the laws of the United States of America, that the foregoing is true and correct to the best of my ability.

The following was Executed on _06_ /_MAR._/2019.

By: _____
Oral George Thompson
(Plaintiff)
Reg. No. 33348-016
FCI Oakdale II
P.O. Box 5010
Oakdale, LA - 71463